1  **SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
3  Los Angeles, CA 90004
Telephone: (213) 252-8008
4  Facsimile: (213) 252-8009
scalequalaccess@yahoo.com
5
Attorneys for Plaintiff, LEEMANUEL WEILCH
6

7

8                **UNITED STATES DISTRICT COURT**

9                **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | LEEMANUEL WEILCH,

12 |                                          **Case No.: 2:21-cv-00542-FLA (KSx)**
   |         Plaintiff,
13 |
   |      vs.                                 **JOINT STIPULATION FOR**
14 |                                          **DISMISSAL PURSUANT TO**
   |                                          **FEDERAL RULE OF CIVIL**
15 | YOONI FOOD, INC. D/B/A SUSHI             **PROCEDURE 41(a)(1)(A)(ii)**
   | KARA; LOS ALTOS GATEWAY,
16 | LLC; and DOES 1 to 10,

17
   |         Defendants.
18

19

20

21

22

23

24

25

26

27

28

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff LEEMANUEL WEILCH ("Plaintiff") and Defendant LOS ALTOS GATEWAY, LLC stipulate and jointly request that this Court dismiss, with prejudice, the above-captioned action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

Respectfully submitted,

DATED:  January 03, 2022    SO. CAL. EQUAL ACCESS GROUP

By:   */s/   Jason J. Kim*
      Jason J. Kim
      Attorneys for Plaintiff

Dated: January 4, 2022    SCHUMANN ROSENBERG AREVALO LLP

By:  */s/ Angela Dailey*
     Angela Dailey
     Attorneys for Defendant,
     LOS ALTOS GATEWAY, LLC

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  January 03, 2022         By: */s/ Jason J. Kim*
                                     Jason J. Kim