JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEEMANUEL WEILCH,<br><br>             Plaintiff,<br><br>     v.<br><br>YOONI FOOD, INC., et al.<br><br>             Defendants. | Case No. 2:21-cv-00542-FLA (KSx)<br><br>**ORDER DISMISSING CIVIL ACTION [DKT. 33]** |

On January 4, 2022, the parties filed a Joint Stipulation for Dismissal ("Stipulation"). Dkt. 33. The parties stipulate and request the court dismiss the action in its entirety with prejudice, pursuant to Fed. R. Civ. P. 41(a0(1)(A)(ii). *Id.* Accordingly, the court DISMISSES the action with prejudice.

IT IS SO ORDERED.

Dated: February 3, 2022

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge